[No. 28584-0-I.   Division One.   December 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R. KENNICOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00935-6, Warren Chan, J., entered June 11, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Forrest, J.

[No. 30644-8-I.   Division One.   December 20, 1993.]

RUBY DONOHOO-BANKHEAD, *Appellant*, v. DINA LEANNE BARRON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-05657-9, Richard J. Thorpe, J., entered April 20, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Agid, JJ.

[No. 14848-0-II.   Division Two.   December 20, 1993.]

MARY JOHNSON, *Appellant*, v. A.C. AVERY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 87-2-02657-8, James D. Ladley, J., entered March 5, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, J. Pro Tem., concurred in by Morgan, J., and Guy, J. Pro Tem.